**DILLON BITAR & LUTHER, LLC**
**53 Maple Avenue**
**P. O. Box 398**
**Morristown, NJ  07963-0398**
**973-539-3100**
rbartkus@dbl-law.com
Attorneys for Defendant "Peer Direct"

| | |
|---|---|
| GROUP DCA, INC.,<br><br>Plaintiff,<br><br>            -vs-<br><br>STEPHANIA KENNEDY and PEER DIRECT,<br><br>Defendants. | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY<br><br>Civil Action No.<br>08cv04475(FSH) |

**LOCAL CIVIL RULE 6.1(b) APPLICATION FOR EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND**

    Defendant PEER DIRECT (via P\S\L Group America Limited, of which Peer Direct is a business unit) hereby applies for a Clerk's Order extending to September 29, 2008, the time within which this Defendant may answer, move, or otherwise respond to the Complaint filed by Plaintiff herein, without waiving any defenses, and it is represented:

    1.  No previous extension has been obtained;
    2.  First Service of Process was purported to be effected on "Peer Direct" on August 8, 2008; and
    3.  Time to answer, move or otherwise respond expires on September 12, 2008 (five days after removal) if process was served.

Dated: September 10, 2008    DILLON, BITAR & LUTHER, L.L.C.

                             By:_____/s_____
                                  Robert E. Bartkus

                             Attorneys for Defendant
                              "Peer Direct"

     The above application is ORDERED GRANTED; the time within which the Defendant "Peer Direct" may answer, move or otherwise respond to the Complaint herein is extended to September 27, 2008.

ORDER DATED: September _____, 2008

                                      WILLIAM T. WALSH, Clerk

                                By: _____
                                      Deputy Clerk